## United States District Court
## Violation Notice

(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF16 | 9626782 | Shavell, A | 101 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02142020  0911 | 1.218(b)(26) |

Place of Offense

1601 SW Archer LO Gainesville Valor Lot

Offense Description: Factual Basis for Charge    HAZMAT ☐

Parking in a no parking Area marked by Lines + stripes

### DEFENDANT INFORMATION

Last Name: Parlser    First Name: James

Street Address: █████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 70LN11 | FL | 15 | Ford Focus | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 25.00   Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →  $ 55.00 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Not Present

Original - CVB Copy

*9626782*

---

I state that on __Feb 14__, 20 20 while exercising my duties as a law enforcement officer in the __Northern__ District of __Florida__

~~On February 14, 2020, I was conducting a vehicle patrol when I observed a white Ford Focus [Florida License Plate IBLN11] parked in no parking area. The vehicle was parked in area marked as no-parking as it had lines and stripes painted on the ground.~~

~~Citation Issued for Parking in No Parking Area Marked by Yellow Borders or Yellow Stripes under 38 CFR 1.218 (B)(26).~~

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __0214 2020__
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/17/2020 13:55